IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR08-4053-MWB |
| ) | |
| vs. ) | |
| ) | |
| DONNELL A. THOMAS, ) | |
| ) | |
| Defendant. ) | |

**INFORMATION**
**Notice of Intent to Seek Enhanced Penalties**
**Pursuant to Title 21, United States Code, Section 851**

Pursuant to 21 U.S.C. § 851, the United States Attorney hereby informs the Court and defendant, DONNELL A. THOMAS, of its intention to seek enhanced penalties against defendant in the event defendant is convicted on Count 1 of the May 29, 2008, indictment. Count 1 charges defendant with conspiracy to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

Defendant has one prior conviction for a felony drug offense, to wit:

1. On or about August 17, 2006, defendant was convicted of possession of a controlled substance in *People of the State of Illinois v. Donnell Thomas*, in the Circuit Court of Cook County, Illinois, case number 06CR0832602.

Accordingly, pursuant to 21 U.S.C. §§ 841(b)(1)(A) and 851, Count 1 is punishable by a mandatory minimum sentence of 20 years' imprisonment without the possibility of parole and the following maximum penalties: (1) life imprisonment without the possibility of parole; (2) a fine of not more than $8,000,000; (3) a mandatory special

assessment of $100; and (4) a term of supervised release of at least 10 years and not more than life.

        Respectfully submitted,

        MATT M. DUMMERMUTH
        United States Attorney

        By: s/Shawn S. Wehde

        SHAWN S. WEHDE
        Special Assistant United States Attorney
        600 Fourth Street, Suite 670
        Sioux City, IA 51101
        (712) 255-6011
        (712) 252-2034 (fax)
        Shawn.Wehde@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on November 25, 2008.

UNITED STATES ATTORNEY

BY: s/Jean Wordekemper

COPIES TO: R. Scott Rhinehart