IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR-4053-MWB |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **MOTION FOR PERMISSION**<br>**TO SEAL APPLICATION FOR** |
| DONNELL A. THOMAS, | ) ) | **ISSUANCE OF SUBPOENA, SUBPOENA,**<br>**AFFIDAVIT IN SUPPORT OF APPLICATION** |
| Defendant. | ) | **FOR ISSUANCE OF SUBPOENA AND ORDER** |

COMES NOW the Defendant, Donnell A. Thomas, by and through undersigned counsel, and requests permission from the Court to seal an Application for Issuance of Subpoena, Subpoena, Affidavit in Support of Application for Issuance of Subpoena and Order filed on behalf of Defendant.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

                                              DONNELL A. THOMAS, Defendant

                By:    s/Stuart J. Dornan
                          STUART J. DORNAN, #18553
                          Attorney for Defendant
                          Dornan, Lustgarten & Troia PC LLO
                          1403 Farnam Street, Suite 232
                          Omaha, Nebraska 68102
                          (402) 884-7044 (phone)
                          (402) 884-7045 (fax)
                          stu@dornanandlustgarten.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2009, I electronically filed the foregoing Motion for Permission to Seal, with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Shawn S. Wehde, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

                                          s/Stuart J. Dornan
                                          STUART J. DORNAN, #18553
                                          Attorney for Defendant